# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In the Matter of:            Miscellaneous No. 10-0009 (JRT/JJK)

ALEXANDER M. SHUKH

**ORDER**

Constantine John Gekas, **GEKAS & ASSOCIATES, LTD**, 11 South LaSalle Street, Suite 1700, Chicago, IL 60603; James Kaster and Sarah Steenhoek, **NICHOLS KASTER, PLLP**, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402, for petitioner.

This matter is before the Court on Petitioner's Petition to File Complaint Under Seal [Docket No. 1] filed February 12, 2010.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition is **GRANTED** and the Clerk shall file the tendered Complaint under seal initiating a new and separately numbered action.

DATED: February 12, 2010  
at Minneapolis, Minnesota.                          _____s/ John R. Tunheim_____  
                                                     JOHN R. TUNHEIM  
                                                 United States District Judge